:\FORMS\

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


LAURIE SWEIGARD                          CIVIL ACTION

              v.

CHOICE SERVICES INTERNATIONAL,
et al

02-2755


**O R D E R**

AND NOW, this 11TH day of JUNE, 2002, it is Ordered that this matter is **SCHEDULED** for a RULE 16 conference in chambers before the Honorable J. Curtis Joyner, on **JUNE 20, 2002** at **10:30AM** in Room 8TH FLOOR - room 8613. (Court Room Deputy 267-299-7419)


PS: If counsel is not available at this time and wish to reschedule or set up a telephone conference - that party shall contact the Deputy Clerk and coordinate a new date and time for all parties.

Plaintiff is to notify all parties of this conference.


ATTEST:                          or    BY THE COURT


BY:____ANGELA J. MICKIE____    _____
       Deputy Clerk              Judge

Civ 12 (9/83)