```
          IN THE UNITED STATES DISTRICT COURT
        FOR THE EASTERN DISTRICT OF PENNSYLVANIA

LAURIE SWEIGARD                  :     CIVIL ACTION
                                 :
      v.                         :
                                 :
CHOICE SERVICES INTERNATIONAL,   :
et al.                           :     02-CV-2755
```

# O R D E R

AND NOW, this      day of          , 2002, upon consideration of Plaintiff's Motion to Compel Answers to Interrogatories and Request for Production of Documents, and Defendants' response thereto, it is hereby

**ORDERED AND DECREED**

that the Motion is denied as moot, Defendants having answered the Interrogatories and Request for Production of Documents.

BY THE COURT:

_____
                                                            J.

```
         IN THE UNITED STATES DISTRICT COURT
        FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| LAURIE SWEIGARD | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| CHOICE SERVICES INTERNATIONAL, et al. | : | 02-CV-2755 |

**DEFENDANTS' REPLY TO PLAINTIFF'S MOTION TO COMPEL ANSWERS TO INTERROGATORIES AND REQUEST FOR PRODUCTION OF DOCUMENTS**

1. On September 6, 2002, Defendants served complete answers to Plaintiff's Interrogatories and full response to Plaintiff's Request for Production of Documents, via UPS overnight mail. (Exhibit "A").

2. Plaintiff has therefore received all of her requested discovery, and her Motion is therefore moot.

WHEREFORE, Defendant requests that Plaintiff's Motion be denied as moot.

**MARGOLIS EDELSTEIN**

By: PETER D. BLUDMAN, ESQUIRE
Attorney I.D. #43508
The Curtis Center
Fourth Floor
Independence Square West
Philadelphia, PA 19106-3304
(215) 931-5879

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LAURIE SWEIGARD | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| CHOICE SERVICES INTERNATIONAL, et al. | : | 02-CV-2755 |

## CERTIFICATE OF SERVICE

I, Peter D. Bludman, Esquire, do hereby certify that a true and correct copy of the foregoing Defendants' Reply to Plaintiff's Motion to Compel, was served via first-class regular mail, postage prepaid, on the date set forth below, as follows:

Joseph A. Hirsch, Esquire
HIRSCH & HIRSCH
110 Bala Avenue
3rd Floor
Bala Cynwyd, PA 19004

**MARGOLIS EDELSTEIN**

BY: _____
Peter D. Bludman, Esquire
Attorney I.D. #43508
The Curtis Center
Fourth Floor
Independence Square West
Philadelphia, PA 19106-3304
(215) 931-5879

Dated: _____

M:\MDir\41282\0005\Replyto.Motion