**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| LAURIE E. SWEIGARD, | : | CIVIL ACTION |
| | : | |
| Plaintiff, | : | 02-2755 |
| | : | |
| v. | : | |
| | : | |
| CHOICE SERVICES INTERNATIONAL, | : | |
| INC., ET. AL., | : | |
| | : | |
| Defendants. | : | |

## ORDER

AND NOW, this          day of September, 2002, upon

consideration of the Plaintiff's Motion to Compel Defendants'

Answers to Interrogatories and Production of Documents (Document

No. 7) and it appearing to the Court that the same were served on

June 20, 2002, and no responses have yet been served, it is

hereby ORDERED that the Motion is GRANTED IN PART and DENIED IN

PART as follows:

1) Defendants shall serve full and complete answers to

Plaintiff's Interrogatories and produce all documents responsive

to Plaintiff's Requests for Production of Documents within ten

(10) days of the date of this Order, see Local Rule of Civil

Procedure 26.1(g); and

2) Plaintiff's request for attorney's fees and costs is

DENIED; however, if Defendants fail to comply with this Order

within the time limits prescribed, Plaintiff may renew her

request for attorney's fees and costs and they will be awarded at
that time.


                              BY THE COURT:



                              _____
                              J. CURTIS JOYNER, J.