```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF PENNSYLVANIA

LAURIE SWEIGARD                    :    CIVIL ACTION
                                   :
     v.                            :
                                   :
CHOICE SERVICES INTERNATIONAL,     :
et al.                             :    02-CV-2755
```

## O R D E R

_____AND NOW, this ___ day of _____, 2002, upon consideration of Plaintiff's Motion to Compel Production of Four Documents, it is hereby

**ORDERED AND DECREED**

that the Motion is Denied as moot.

                                               BY THE COURT:


                                               _____
                                                                            J.

```
             IN THE UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF PENNSYLVANIA

LAURIE SWEIGARD                   :    CIVIL ACTION
                                  :
     v.                           :
                                  :
CHOICE SERVICES INTERNATIONAL,    :
et al.                            :    02-CV-2755
```

**DEFENDANTS' REPLY TO PLAINTIFF'S
MOTION TO COMPEL PRODUCTION OF FOUR DOCUMENTS**

On September 19, 2002, Defendants did advise Plaintiffs that they were objecting to the production of four possibly relevant documents under Fed. R. Civ. P. 26(b)(3) because they were prepared in anticipation of litigation and Plaintiff had not shown that she had substantial need for them. Upon further consideration Defendants realized that, as noted by Plaintiff in her Motion, two of those documents had, in fact, already been produced. (Approximately 4,000 pages of documents have been produced by Plaintiff in this litigation; Defendants have produced approximately 8,000 pages of documents, so it is understandable that two of them may have been temporarily misplaced by Defendants in the discovery process.) Following receipt of Plaintiff's Motion Defendants reconsidered their objection and on October 3, 2002, provided Plaintiff with the two other documents. Defendants still contend that the four documents in question were indeed not subject to production pursuant to Fed. R. Civ. P. 26(b)(3), but the four

documents having been produced, Plaintiff's Motion must be denied as moot.

**MARGOLIS EDELSTEIN**


By: _____
PETER D. BLUDMAN, ESQUIRE
Attorney for Defendants
I.D. #43508
The Curtis Center
Fourth Floor
Independence Square West
Philadelphia, PA 19106-3304
(215) 931-5879

M:\MDir\41282\0005\Motion.02Reply

```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF PENNSYLVANIA

LAURIE SWEIGARD                    :    CIVIL ACTION
                                   :
     v.                            :
                                   :
CHOICE SERVICES INTERNATIONAL,     :
et al.                             :    02-CV-2755
```

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of Defendants' Reply to Plaintiff's Motion to Compel Production of Four Documents, was served on all counsel listed below via United States First Class Mail, postage prepaid, on the date shown below.

```
          Joseph A. Hirsch, Esquire
          HIRSCH & HIRSCH
          110 Bala Avenue, Third Floor
          Bala Cynwyd, PA 19004
```

**MARGOLIS EDELSTEIN**

```
                       _____
          By:  PETER D. BLUDMAN, ESQUIRE
               Attorney for Defendants
               I.D. #43508
               The Curtis Center
               Fourth Floor
               Independence Square West
               Philadelphia, PA 19106-3304
               (215) 931-5879
Dated: _____
```

M:\MDir\41282\0005\Motion.02Reply