IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LAURIE SWEIGARD | : CIVIL ACTION |
| | : |
| vs. | : |
| | : NO. 02-CV-2755 |
| CHOICE SERVICES INTERNATIONAL | : |
| INC., ET. AL. | : |

**ORDER**

AND NOW, this            day of October, 2002, upon consideration of Plaintiff's Motion for Extension of Time for Discovery and Related Deadlines, and it appearing to the Court that the Motion is uncontested and that good cause exists therefor, it is hereby ORDERED that the Motion is GRANTED and the deadlines established in this Court's Scheduling Order of July 9, 2002 are EXTENDED for a period of forty-five (45) days. See, e.g., Fed.R.Civ.P. 6(b).

BY THE COURT:

_____
J. CURTIS JOYNER,        J.