IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
LAURIE SWEIGARD                   : CIVIL ACTION
                                  :
     vs.                          :
                                  : NO. 02-CV-2755
CHOICE SERVICES INTERNATIONAL     :
INC., ET. AL.                     :
```

**ORDER**

AND NOW, this        day of October, 2002, upon consideration of Plaintiff's Motion to Compel Production of Documents and for Attorneys' Fees and Costs, and it appearing to the Court that the Defendant has now produced the materials sought, it is hereby ORDERED that the Motion is DENIED as MOOT.

BY THE COURT:

_____
J. CURTIS JOYNER,        J.