IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
LAURIE SWEIGARD                  : CIVIL ACTION
                                 :
      vs.                        :
                                 : NO. 02-CV-2755
CHOICE SERVICES INTERNATIONAL    :
INC., ET. AL.                    :
```

**ORDER**

AND NOW, this            day of November, 2002, upon consideration of Plaintiff's Third Motion to Compel Production of Documents and Answers to Interrogatories and it appearing to the Court that Defendants have responded appropriately to Plaintiff's discovery requests, it is hereby ORDERED that the Plaintiff's Third Motion to Compel is DENIED.[1]

BY THE COURT:

J. CURTIS JOYNER,         J.

---

[1] While Plaintiff's counsel has certified that he made a reasonable effort to resolve this discovery dispute prior to the filing of the within motion, we believe that Fed.R.Civ.P. 11 and Local Rule of Civil Procedure 26.1(f) dictate that such a reasonable effort must actually be made before such a certification issues. Given that it appears otherwise to this Court, we strongly urge Mr. Hirsch to review the preceding rules before filing another motion.