IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **LAURIE E. SWEIGARD** | : | **CIVIL ACTION** |
| | : | |
| **VS** | : | |
| | : | |
| **CHOICE SERVICES INTERNATIONAL, INC., ET AL** | | **02-2755** |

### ORDER

**AND NOW**, this 14TH day of JANUARY, 2003 it is hereby **ORDERED** that the above captioned matter is referred to U.S. Magistrate Judge THOMAS J. RUETER, in accordance with 28 U.S.C. § 636 (b) (1) (A), for the exploration of settlement.

**AND IT IS SO ORDERED.**

                                                                              _____
                                                                              J. CURTIS JOYNER,           J.

SET AFTER 1/22/03