IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

LAURIE E. SWEIGARD     :     CIVIL ACTION
:
vs.     :
:     NO. 02-2755
CHOICE SERVICES

O R D E R

**AND NOW, TO WIT:** This 23rd day of JANUARY, 2003, it having been reported that the issues between the parties in the above action has been settled and upon Order of the Court pursuant to the provisions of Rule 41.a of the Local Rules of Civil Procedure of this Court , it is

**ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs.

**MICHAEL E. KUNZ**, Clerk of Court

BY:_____
ANGELA J. MICKIE
Deputy Clerk

Civ 2 (8/2000)
41(b).frm